IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-02156-RBJ

LISA BARKER,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

ORDER GRANTING STIPULATION FOR ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

---

This matter is before the Court on **STIPULATION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** [ECF No. 35], filed October 10, 2014. The Court having reviewed the applicable record and the Motion hereby ORDERS as follows:

The parties' Stipulation for an Award of Attorney Fees pursuant to the Equal Access to Justice Act is GRANTED. Defendant shall pay to Plaintiff attorney fees and expenses in the amount of $6,000.00. The check shall be made payable to Plaintiff and mailed to Plaintiff's attorney's office: 450 South Camino Del Rio, Suite 201, Durango, Colorado 81301.

DATED this 14th day of October, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1

2

2